**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00279-CV

## YVONNE BROWN, Appellant

## V.

## FALLS ON CLEARWOOD, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07137-A**

## ORDER

By order entered November 6, 2013, we directed the Dallas County Clerk to file, within five days, either a supplemental clerk's record containing all papers from the Justice Court filed with the County Court or written verification that no such papers were filed. On November 15, 2013, the Dallas County Clerk provided written verification that no such papers were filed. As the appellate record is complete, we **ORDER** appellant to file her brief on the merits no later than December 27, 2013.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE